# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-3279
_____

United States of America

*Plaintiff - Appellee*

v.

Arinthius Johnson

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: September 23, 2019
Filed: October 11, 2019
[Unpublished]
_____

Before KELLY, MELLOY, and STRAS, Circuit Judges.
_____

PER CURIAM.

Arinthius Johnson received a below-Guidelines-range, 96-month prison sentence after pleading guilty to possessing a firearm as a felon. 18 U.S.C. §§ 922(g)(1), 924(a)(2). On appeal, he argues that the district court[1] erroneously

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

- 1 -

counted his prior Missouri conviction of unlawful use of a weapon as a "crime of violence," which increased his base offense level under the Sentencing Guidelines. *See* U.S.S.G. §§ 2K2.1(a)(2), 4B1.2(a); *see also* Mo. Rev. Stat. § 571.030.1(4). We considered and rejected this argument in *United States v. Hudson*, 851 F.3d 807 (8th Cir. 2017). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

_____